## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CIVIL ACTION NO. 1:06-CV-1074 |
| | : | |
| Plaintiff | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| GARY E. HERMAN and JUDITH E. HERMAN, | : | |
| | : | |
| Defendants | : | |

## ORDER AND DEFAULT JUDGMENT

AND NOW, this 11th day of June, 2007, upon consideration of plaintiff's motion for default judgment (Doc. 8), and it appearing that the Clerk of Court entered default against defendants for their failure to plead or otherwise defend, see FED. R. CIV. P. 55(a), and that defendants have not filed an opposition to the instant motion or requested amount therein, see L.R. 7.6 (providing that a party who does not file a responsive brief "shall be deemed not to oppose such motion"), it is hereby ORDERED that:

1.    The motion for default judgment (Doc. 8) is GRANTED.

2.    Judgment is entered in favor of plaintiff, United States of America, and against defendants, Gary E. Herman and Judith E. Herman, for unpaid income tax, penalties, and interest relating to the years 1995, 1997, 1998, 1999, and 2002 in the sum of $104,982.42 plus interest thereon pursuant to 26 U.S.C. § 6601 from June 1, 2007 to the date of payment, and all future costs.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge